THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Robert Lee Isom, Jr., Appellant.
 
 
 

Appeal from Charleston County
 Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2006-UP-250
Submitted May 1, 2006  Filed May 18, 2006

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Ralph E. Hoisington,
of Charleston, for Respondent.
 
 
 

PER CURIAM: Robert Lee Isom, Jr. appeals his convictions for possession of a firearm during a violent crime, assault and battery of a high and aggravated nature (ABHAN), criminal sexual conduct in the first degree (CSC), and murder.  The trial judge concurrently sentenced Isom to five years for possession of a firearm, ten years for ABHAN, thirty years for CSC, and life without parole for murder.  Isom alleges the trial judge erred in allowing evidence of a prior bad act.  Isom did not submit a pro se brief. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Isoms appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and ANDERSON, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.